# UNITED STATES DISTRICT COURT
### for the
## Middle District of Tennessee

| | | |
|---|---|---|
| ROSCOE SHOREY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-CV-00824 |
| XSOLIS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant XSOLIS, INC.                                                                                                      .

Date:     07/07/2026

/s/Melody McAnally
*Attorney's signature*

Melody McAnally (TN BPR 025971)
*Printed name and bar number*
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

*Address*

melody.mcanally@butlersnow.com
*E-mail address*

(901) 680-7200
*Telephone number*

(901) 680-7201
*FAX number*

Print     Save As...     Reset